AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| JEFFREY A. NELSON, *Plaintiff* v. LESLIE LISSON, et al., *Defendant* | ) ) ) ) ) ) Civil Action No. 19-CV-06221 EAW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The Clerk of Court is directed to close the case as dismissed with prejudice without further order of the Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Elizabeth A. Wolford on motion for dismissing case with prejudice.

Date: 02/22/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*